UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                                :

CONSUMER FINANCIAL PROTECTION BUREAU,    :

                           Plaintiff,                    :

                                                     :          22 Civ. 8308 (JPC)

            -v-                                        :

                                                   :             <u>ORDER</u>

MONEYLION TECHNOLOGIES INC. *et al.*,    :

                        Defendants.               :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court will hear oral argument on Defendants' motion to dismiss, Dkt. 68, at 10:00 a.m. on December 18, 2024, in Courtroom 12D at 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: November 26, 2024
       New York, New York

                                                                            _____
                                                                          JOHN P. CRONAN
                                                                   United States District Judge