

1700 G Street NW, Washington, D.C. 20552

February 12, 2025

VIA ECF & EMAIL

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

CronanNYSDChambers@nysd.uscourts.gov

Re:   *Consumer Financial Protection Bureau v. MoneyLion Technologies Inc. et al.*
      Case No. 1:22-cv-08308-JPC

Dear Judge Cronan:

On February 7, 2025, the Court denied without prejudice Defendants' Letter Motion to Stay and ordered Plaintiff Consumer Financial Protection Bureau to file a letter on or before February 14, 2025, stating whether it intends to continue prosecuting this action. (ECF 103.)

The CFPB hereby requests a two-week extension—until February 28, 2025—to file the letter so that CFPB leadership can assess Enforcement priorities. Counsel for Defendants consents to the CFPB's extension request.

The CFPB proposes that the remainder of the deadlines set forth in the Court's February 7, 2025 Order remain unchanged: that within three days after the CFPB's filing of that letter, Defendants shall file a letter that either renews its request for leave to file a motion for a stay or indicates that it no longer intends to file such a motion; and that if MoneyLion renews its request for leave to file a motion for a stay, the CFPB shall respond to that letter in accordance with Individual Civil Rule 6.A.

Respectfully submitted,

*/s/Maxwell Peltz*
MAXWELL PELTZ (CA Bar No. 183662)
*Admitted Pro Hac Vice*
MARK LADOV (SDNY Bar No. ML1053)
RYAN COOPER (TX Bar No. 24097531)
*Admitted Pro Hac Vice*

consumerfinance.gov

1700 G Street, NW
Washington, DC 20552
maxwell.peltz@cfpb.gov
mark.ladov@cfpb.gov
ryan.coopper@cfpb.gov
202-306-1039 (Peltz)
212-328-7026 (Ladov)
202-702-7541 (Cooper)

*Attorneys for Plaintiff*
*Consumer Financial Protection Bureau*