

1700 G Street NW, Washington, D.C. 20552

February 28, 2025

VIA ECF & EMAIL

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

CronanNYSDChambers@nysd.uscourts.gov

Re:   *Consumer Financial Protection Bureau v. MoneyLion Technologies Inc. et al.*
      Case No. 1:22-cv-08308-JPC

Dear Judge Cronan:

On February 7, 2025, the Court denied without prejudice Defendants' Letter Motion to Stay and ordered Plaintiff Consumer Financial Protection Bureau to file a letter on or before February 14, 2025, stating whether it intends to continue prosecuting this action. (ECF 103.) At the Bureau's request, the Court extended that deadline until February 28, 2025. (ECF 105.)

Now, in compliance with the Court's Order, Plaintiff responds as follows: the Acting Director of the Consumer Financial Protection Bureau has authorized the continued prosecution of this action.

Respectfully submitted,

*/s/Maxwell Peltz*
MAXWELL PELTZ (CA Bar No. 183662)
*Admitted Pro Hac Vice*

1700 G Street, NW
Washington, DC 20552
maxwell.peltz@cfpb.gov
202-306-1039 (Peltz)

*Attorneys for Plaintiff*
*Consumer Financial Protection Bureau*

**consumerfinance.gov**