

1700 G Street NW, Washington, D.C. 20552

VIA CM/ECF

February 27, 2025

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re:   Letter Motion to Withdraw
      *CFPB v. MoneyLion Technologies Inc., et al.*, Case No. 1:22-cv-8308

Dear Judge Cronan:

Pursuant to Local Civil Rule 1.4, Plaintiff Consumer Financial Protection Bureau (CFPB) respectfully requests that attorney Ryan Cooper be relieved from representing the CFPB and that his appearance be withdrawn and terminated on the docket.

This request is being made because the undersigned is leaving employment with the CFPB. The CFPB will continue to be represented by the other attorneys who have previously entered appearances on its behalf. This matter will not be delayed or postponed because of the withdrawal.

Respectfully submitted,

/s/ Ryan Cooper
Ryan Cooper
Consumer Financial Protection Bureau

The request is granted. Ryan Cooper is relieved of his representation of the CFPB and the Clerk of Court is respectfully directed to terminate his appearance from the docket.

SO ORDERED.
Date: February 28, 2025
New York, New York

JOHN P. CRONAN
United States District Judge

consumerfinance.gov