Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022

troutman.com

**James Kim**
D 212.704.6121
james.kim@troutman.com

March 3, 2025

**VIA CM/ECF & EMAIL**

Honorable John P. Cronan
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *CFPB v. MoneyLion Technologies Inc., et al.*, **No. 1:22-cv-08308-JPC**

Dear Judge Cronan:

On February 6, 2025, MoneyLion filed a letter seeking leave to move for a stay based on the CFPB's Acting Director imposing a "pause" on agency enforcement activity.  Dkt. 102.  In response, Your Honor ordered the CFPB to file a letter stating whether the agency intends to continue prosecuting the action, and ordered MoneyLion to respond to the CFPB's letter.  Dkt. 103.  On February 28, 2025, the CFPB filed its letter.  Dkt. 109.  MoneyLion no longer intends to move for a stay and will continue defending against the claims in the First Amended Complaint.

Respectfully submitted,

*/s/ James Kim*

James Kim
Dave Gettings
Misha Tseytlin


cc:  Max Peltz, David Dudley, Mark Ladov, Miriam Lederer (via CM/ECF)