

1700 G Street NW, Washington, D.C. 20552

> This request is granted. The Clerk of Court is respectfully directed to terminate Mark Howard Ladov as counsel in this case and to close Docket Number 115.
>
> SO ORDERED.
> Date: March 25, 2025
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

VIA CM/ECF

March 10, 2025

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

Re:   Letter Motion to Withdraw
      *Consumer Financial Protection Bureau v. MoneyLion Technologies Inc., et al.*
      Case No. 1:22-cv-8308

Dear Judge Cronan:

Pursuant to Local Civil Rule 1.4, Plaintiff Consumer Financial Protection Bureau (CFPB) respectfully requests that attorney Mark Howard Ladov be relieved from representing the CFPB and that his appearance be withdrawn and terminated on the docket.

This request is being made because Mr. Ladov is no longer employed by the CFPB. The CFPB will continue to be represented by David Dudley and Miriam Lederer. This matter will not be delayed or postponed because of the withdrawal.

Respectfully submitted,

/s/ David Dudley
David Dudley
Consumer Financial Protection Bureau

consumerfinance.gov