Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022



May 1, 2025

**VIA ECF**

Hon. John P. Cronan, U.S.D.J.
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *CFPB v. MoneyLion Technologies Inc., et al.*
      Case No.: 1:22-cv-8308-JPC
      **Letter-Motion for Extension of Time to Answer or Otherwise Respond to the Second Amended Complaint**

Dear Judge Cronan:

We represent all Defendants (collectively, "MoneyLion") in the above-referenced action.

MoneyLion respectfully submits its first request for an extension of time to respond to the Second Amended Complaint. Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 3(B) of Your Honor's Individual Rules and Practices, MoneyLion states the following in support of its request:

(1) MoneyLion accepted service of the Second Amended Complaint on April 28, 2025 (Dkt. 119), and the current deadline for MoneyLion to file a response is May 6, 2025. MoneyLion requests an extension of 17 days until May 23, 2025.

(2) The undersigned is still assessing the Second Amended Complaint and potential defenses. An extension should provide the undersigned sufficient time to prepare an appropriate response to the Second Amended Complaint.

(3) This is MoneyLion's first request for an extension of time.

(4) Counsel for Plaintiff does not oppose this request for an extension.

Troutman Pepper Locke LLP
875 Third Avenue
New York, NY 10022



---

For the foregoing reasons, MoneyLion respectfully requests additional time for MoneyLion to answer or otherwise respond to Plaintiff's Second Amended Complaint until May 23, 2025. This extension would not affect any other presently scheduled dates or deadlines.

Respectfully submitted,

*/s/ James Kim*
James Kim

cc:   Counsel of Record (by ECF filing)

The instant request is granted.  MoneyLion's deadline to respond to the Second Amended Complaint is extended to May 23, 2025.  The Clerk of Court is respectfully directed to close Docket Number 120.

SO ORDERED.
Date: May 2, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge