

James Kim  
T: +1 212 479 6256  
jameskim@cooley.com

Via ECF and E-Mail  
(CronanNYSDChambers@nysd.uscourts.gov)

June 20, 2025

The Honorable John P. Cronan  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 1320  
New York, New York 10007

Re:   *CFPB v. MoneyLion Technologies Inc., et al.*, Case No.: 1:22-cv-8308

Dear Judge Cronan:

We represent all Defendants (collectively, "MoneyLion") in the above-referenced action.

Pursuant to the Court's June 6, 2025, Order, MoneyLion writes to propose a schedule for MoneyLion to file a 12(c) motion for judgment on the pleadings and for the Consumer Financial Protection Bureau ("CFPB") to reply to this motion. Additionally, pursuant to Rule 6.A of Your Honor's Individual Rules and Practices in Civil Cases, "[u]nless otherwise ordered by the Court, a party seeking to file a motion must submit a pre-motion letter…" Here, MoneyLion submitted a pre-motion to dismiss letter, *see* Dkt.122, and the June 6 Order granted MoneyLion leave to raise the grounds for dismissal identified in that letter via a 12(c) motion upon filing an Answer to the CFPB's Second Amended Complaint. MoneyLion filed an Answer on June 12, 2025. Dkt.133.

Furthermore, the parties have conferred, and MoneyLion respectfully requests that the Court enter the following unopposed schedule:

1. MoneyLion shall file a 12(c) motion on or before July 21, 2025.

2. Plaintiff shall file a reply on or before August 21, 2025.

3. MoneyLion shall file a reply on or before September 5, 2024.

Respectfully submitted,

James Kim

Cooley LLP   55 Hudson Yards   New York, NY   10001-2157  
t: +1 212 479 6000  f: +1 212 479 6275  cooley.com