UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
Consumer Financial Protection Bureau,                   :  Index No. 1:22-cv-8308 (JPC)
:
                        Plaintiff,          :
:
       -against-                                   :
:
MoneyLion Technologies Inc., ML Plus,                   :
LLC, MoneyLion of Alabama LLC,                          :
MoneyLion of Arizona LLC, MoneyLion of                  :
California LLC, MoneyLion of Colorado                   :
LLC, MoneyLion of Connecticut LLC,                      :
MoneyLion of Delaware LLC, MoneyLion of                 :
Florida LLC, MoneyLion of Georgia LLC,                  :
MoneyLion of Idaho LLC, MoneyLion of                    :
Illinois LLC, MoneyLion of Indiana LLC,                 :
MoneyLion of Kansas LLC, MoneyLion of                   :
Kentucky LLC, MoneyLion of Louisiana                    :
LLC, MoneyLion of Maryland LLC,                         :
MoneyLion of Michigan LLC, MoneyLion of                 :
Minnesota LLC, MoneyLion of Mississippi                 :
LLC, MoneyLion of Missouri LLC,                         :
MoneyLion of Nevada LLC, MoneyLion of                   :
New Jersey LLC, MoneyLion of New                        :
Mexico LLC, MoneyLion of New York LLC,                  :
MoneyLion of North Carolina LLC,                        :
MoneyLion of North Dakota LLC,                          :
MoneyLion of Ohio LLC, MoneyLion of                     :
Oklahoma LLC, MoneyLion of Oregon LLC,                  :
MoneyLion of South Carolina LLC,                        :
MoneyLion of South Dakota LLC,                          :
MoneyLion of Tennessee LLC, MoneyLion                   :
of Texas LLC, MoneyLion of Utah LLC,                    :
MoneyLion of Virginia LLC, MoneyLion of                 :
Washington LLC, MoneyLion of Wisconsin                  :
LLC, and MoneyLion of Wyoming LLC,                      :
:
                        Defendants.         :
:
-------------------------------------------------------- X

**DEFENDANTS' NOTICE OF MOTION FOR JUDGMENT ON THE PLEADINGS**

i

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion for Judgment on the Pleadings, and all prior pleadings and proceedings in this action, all above-captioned Defendants (collectively, the "Defendants"), by and through their undersigned counsel, move this Court for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. This motion is based upon all the files, records, and proceedings in this matter, including the memorandum of law thereto, and the arguments of counsel. Defendants will move this Court to grant the motion, before the Honorable John P. Cronan, United States District Judge, in the United States District Court, Southern District of New York, 40 Foley Square, New York, New York 10007, at a date and time to be determined by this Court as soon as counsel can be heard.

Dated: July 21, 2025

Respectfully submitted,

COOLEY LLP

By:    */s/James Kim*
      James Kim
      Shireen Younus (*pro hac vice* forthcoming)
      COOLEY LLP
      55 Hudson Yards
      New York, NY 10001-2157
      Phone: (212) 479-6000
      Email: jameskim@cooley.com
             syounus@cooley.com

      Michelle L. Rogers
      COOLEY LLP
      1299 Pennsylvania Avenue NW, Suite 700
      Washington, DC 20004-2400
      Phone: (202) 842 7800
      Email: mrogers@cooley.com

*Attorneys for Defendants*