August 14, 2025

<u>VIA ECF & EMAIL</u>

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

CronanNYSDChambers@nysd.uscourts.gov

Re:     *Consumer Financial Protection Bureau v. MoneyLion Technologies Inc. et al.*
        *Case No. 1:22-cv-08308-JPC*

Dear Judge Cronan:

Under Rules 1.A. and 6.A. of Your Honor's Individual Rules and Practices in Civil Cases, the Parties submit this joint letter-motion for their first request for an extension of time for further briefing on the Rule 12(c) motion filed by Defendants (collectively, "MoneyLion") on July 21, 2025. Plaintiff Consumer Financial Protection Bureau (CFPB) respectfully requests a 60-day extension to file its opposition, and MoneyLion requests that its reply be due 24 days thereafter.

In compliance with the Court's Rule 3.B., the Parties state the following in support of their joint request:

(1) On June 23, 2025, the Court granted MoneyLion's unopposed request for a filing schedule for its Rule 12(c) motion. (ECF 137.) MoneyLion filed its Rule 12(c) motion on July 21, 2025 (ECF 138), and the current deadlines are: (a) August 21, 2025, for the CFPB's opposition brief; and (b) September 5, 2025 for MoneyLion's reply brief. The Parties now request that the Court grant a 60-day extension to the CFPB, changing the deadline from August 21, 2025, to October 20, 2025, and that MoneyLion be given 24 days to file any reply brief, extending its reply brief deadline from September 5, 2025, to November 13, 2025.

(2) The Parties are productively engaged in settlement discussions and are optimistic that they will be able to reach a negotiated resolution, obviating the need for further briefing on MoneyLion's Rule 12(c) motion. Specifically, the Parties have made progress in negotiating all of the components of a potential stipulated judgment that would resolve this action, including injunctive relief, redress, and civil money penalty. The Parties are diligently working through these issues and anticipate that an additional two months should be sufficient time to reach a negotiated resolution. The Parties will promptly notify the Court if an agreement is reached.

(3) There have been no previous requests for an extension of time on the court-ordered Rule 12(c) briefing schedule.

(4) This letter-motion is filed jointly by the Parties.

(5) The requested extension will impact no other scheduled deadlines because the Court previously vacated its Order for an Initial Pretrial Conference and granted the Parties' joint request to stay discovery, as the Parties had begun settlement discussions. (ECF 137.)

(6) This letter-motion is being filed more than 48 hours (seven days) in advance of the CFPB's filing deadline.

Therefore, to allow the Parties to focus attention on negotiations and in the interest of preserving the Court's, the Government's, and MoneyLion's resources, the Parties jointly request the deadline extension: Plaintiff CFPB's opposition brief to be extended by 60 days from August 21, 2025, to October 20, 2025, and MoneyLion be given 24 days to file any reply brief, extending its reply brief deadline from September 5, 2025, to November 13, 2025.

Respectfully submitted,

COOLEY LLP                                    CONSUMER FINANICAL PROECTION
                                              BUREAU

By: /s/ James Kim                             By: /s/ Miriam R. Lederer
    James Kim                                     Miriam R. Lederer

James Kim                                     Miriam Lederer (NY Reg. No. 4557906)
55 Hudson Yards                               Admitted Pro Hac Vice
New York, New York 10001                      David Dudley (NY Reg. No. 3056546)
(212) 479-6000                                Admitted Pro Hac Vice
jameskim@cooley.com                           1700 G. Street, NW
                                              Washington, DC 20552
                                              (202) 435-5326 (Lederer)
*Attorneys for MoneyLion Defendants*          (202) 435-9284 (Dudley)
                                              Fax: 703-642-4585
                                              miriam.lederer@cfpb.gov
                                              david.dudley@cfpb.gov

                                              *Attorneys for Plaintiff*
                                              *Consumer Financial Protection Bureau*

The parties' extension request is granted. CFPB's opposition brief will be due October 20, 2025; MoneyLion's reply brief will be due November 13, 2025. The Clerk of Court is respectfully directed to close Docket Number 140.

SO ORDERED.
Date: August 15, 2025

                                              JOHN P. CRONAN
                                              United States District Judge

2