October 15, 2025 <u>VIA ECF & EMAIL</u>

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

CronanNYSDChambers@nysd.uscourts.gov

Re: *Consumer Financial Protection Bureau v. MoneyLion Technologies Inc., et al.*,
Case No. 1:22-cv-08308-JPC

Dear Judge Cronan:

Under Rules 1.A, 3.B, and 6.A of Your Honor's Individual Rules and Practices in Civil Cases, the Parties submit this joint letter-motion for their first request for an adjournment of the briefing on the Rule 12(c) motion filed by Defendants (collectively, "MoneyLion") on July 21, 2025. Plaintiff Consumer Financial Protection Bureau (CFPB) and MoneyLion report that the Parties have reached an agreement in principle to fully resolve this action, including injunctive and monetary terms. They are in the process of documenting that agreement and, in the near future, expect to submit a proposed stipulated judgment to the Court with a request to enter judgment.

Accordingly, the Parties jointly request that the briefing on MoneyLion's Rule 12(c) motion be adjourned pending the Parties' submission of the proposed stipulated judgment, which the Parties expect to file by November 3, 2025.

In compliance with the Court's Rule 3.B., the Parties state the following in support of their joint request:

(1) On June 23, 2025, the Court granted MoneyLion's unopposed request for a briefing schedule for its Rule 12(c) motion. (ECF 137.) MoneyLion filed its Rule 12(c) motion on July 21, 2025 (ECF 138). The original deadlines were: (a) August 21, 2025, for the CFPB's opposition brief; and (b) September 5, 2025, for MoneyLion's reply brief.

(2) On August 14, 2025, the Parties requested that the Court grant a 60-day extension for the CFPB's opposition brief, changing the deadline from August 21, 2025, to October 20, 2025, and that MoneyLion be given 24 days to file any reply brief, extending its reply brief deadline from September 5, 2025, to November 13, 2025 (ECF 140). The Parties made this request to enable them to resolve this action through settlement.

(3) The Court granted the requested extension on August 15, 2025 (ECF 141).

(4) The Parties have reached an agreement in principle to fully resolve this action. They are in the process of documenting that agreement and, in the near future, expect to submit a proposed stipulated judgment to the Court with a request to enter judgment.

The Parties are diligently working through any issues and anticipate that they will file a request to enter the proposed stipulated judgment by November 3, 2025.

(5) There was one previous request for an extension of time on the court-ordered Rule 12(c) briefing schedule (ECF 140), which the Court granted (ECF 141), to enable the Parties to reach a settlement, which they did.

(6) This letter-motion is filed jointly by the Parties.

(7) The requested extension will impact no other scheduled deadlines because the Court previously vacated its Order for an Initial Pretrial Conference and granted the Parties' joint request to stay discovery, as the Parties had begun settlement discussions. (ECF 137.)

(8) This letter-motion is being filed more than 48 hours in advance of the CFPB's October 20, 2025 filing deadline.

Therefore, to allow the Parties to focus attention on finalizing a proposed stipulated judgment that memorializes their agreement in principle to resolve this action, and in the interest of preserving the Court's, the Government's, and MoneyLion's resources, the Parties jointly request that the briefing on MoneyLion's Rule 12(c) motion for judgment on the pleadings be adjourned pending the Parties' submission of the proposed stipulated judgment by November 3, 2025.

Respectfully submitted,

| COOLEY LLP | CONSUMER FINANCIAL PROTECTION BUREAU |
|---|---|
| By: */s/ James Kim*<br>James Kim | By: */s/ David Dudley*<br>David Dudley |
| James Kim<br>55 Hudson Yards<br>New York, New York 10001<br>(212) 479-6000<br>jameskim@cooley.com | Miriam Lederer (NY Reg. No. 4557906)<br>Admitted Pro Hac Vice<br>David Dudley (NY Reg. No. 3056546)<br>Admitted Pro Hac Vice<br>1700 G. Street, NW<br>Washington, DC 20552<br>(202) 435-5326 (Lederer)<br>(202) 435-9284 (Dudley)<br>miriam.lederer@cfpb.gov<br>david.dudley@cfpb.gov |
| *Attorneys for MoneyLion Defendants* | *Attorneys for Plaintiff*<br>*Consumer Financial Protection Bureau* |