November 3, 2025                                                    <u>VIA ECF & EMAIL</u>

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

CronanNYSDChambers@nysd.uscourts.gov

Re:    *Consumer Financial Protection Bureau v. MoneyLion Technologies Inc.*, *et al.*,
       Case No. 1:22-cv-08308-JPC

Dear Judge Cronan:

Pursuant to Your Honor's order adjourning the briefing schedule for the pending motion for
judgment on the pleadings and directing the parties to submit a proposed stipulated judgment or,
alternatively, a joint status letter by November 3, 2025 (ECF 143), the Parties respectfully submit
this joint status letter.

The Parties have been working diligently to prepare the proposed stipulated judgment. The
Parties require additional time to complete the document, and expect to submit the proposed
stipulated judgment to the Court with a request to enter judgment by November 21, 2025.


Respectfully submitted,

COOLEY LLP                              CONSUMER FINANCIAL PROTECTION
                                        BUREAU

By:    */s/ James Kim*                  By:    */s/ David Dudley*
       James Kim                               David Dudley

James Kim                               Miriam Lederer (NY Reg. No. 4557906)
55 Hudson Yards                         Admitted Pro Hac Vice
New York, New York 10001                David Dudley (NY Reg. No. 3056546)
(212) 479-6000                          Admitted Pro Hac Vice
jameskim@cooley.com                     1700 G. Street, NW
                                        Washington, DC 20552
                                        (202) 435-5326 (Lederer)
*Attorney for MoneyLion Defendants*     (202) 435-9284 (Dudley)
                                        miriam.lederer@cfpb.gov
                                        david.dudley@cfpb.gov

                                        *Attorneys for Plaintiff*
                                        *Consumer Financial Protection Bureau*