November 3, 2025                                         <u>VIA ECF & EMAIL</u>

The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

CronanNYSDChambers@nysd.uscourts.gov

Re:    *Consumer Financial Protection Bureau v. MoneyLion Technologies Inc., et al.*,
       Case No. 1:22-cv-08308-JPC

Dear Judge Cronan:

Pursuant to Your Honor's order adjourning the briefing schedule for the pending motion for judgment on the pleadings and directing the parties to submit a proposed stipulated judgment or, alternatively, a joint status letter by November 3, 2025 (ECF 143), the Parties respectfully submit this joint status letter.

The Parties have been working diligently to prepare the proposed stipulated judgment. The Parties require additional time to complete the document, and expect to submit the proposed stipulated judgment to the Court with a request to enter judgment by November 21, 2025.

Respectfully submitted,

| COOLEY LLP | CONSUMER FINANCIAL PROTECTION BUREAU |
|---|---|
| By:   */s/ James Kim*<br>      James Kim | By:   */s/ David Dudley*<br>      David Dudley |
| James Kim<br>55 Hudson Yards<br>New York, New York 10001<br>(212) 479-6000<br>jameskim@cooley.com | Miriam Lederer (NY Reg. No. 4557906)<br>Admitted Pro Hac Vice<br>David Dudley (NY Reg. No. 3056546)<br>Admitted Pro Hac Vice<br>1700 G. Street, NW<br>Washington, DC 20552<br>(202) 435-5326 (Lederer)<br>(202) 435-9284 (Dudley)<br>miriam.lederer@cfpb.gov<br>david.dudley@cfpb.gov |
| *Attorney for MoneyLion Defendants* | *Attorneys for Plaintiff*<br>*Consumer Financial Protection Bureau* |

By November 21, 2025, the parties shall submit the proposed stipulated judgment or, alternatively, file a joint letter as to the status of the proposed judgment.

SO ORDERED.
Date: November 4, 2025
New York, New York

*[Signature]*
JOHN P. CRONAN
United States District Judge