UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Consumer Financial Protection Bureau, | |
| Plaintiff, | |
| v. | Case No. 1:22-cv-8308 |
| MoneyLion Technologies Inc., *et al.*, | |
| Defendants. | |

**Joint Motion for Entry of
Proposed Stipulated Final Judgment and Order**

Plaintiff the Consumer Financial Protection Bureau (Bureau) and all

Defendants—MoneyLion Technologies Inc., ML Plus, LLC, MoneyLion of Alabama LLC,

MoneyLion of Arizona LLC, MoneyLion of California LLC, MoneyLion of Colorado LLC,

MoneyLion of Connecticut LLC, MoneyLion of Delaware LLC, MoneyLion of Florida

LLC, MoneyLion of Georgia LLC, MoneyLion of Idaho LLC, MoneyLion of Illinois LLC,

MoneyLion of Indiana LLC, MoneyLion of Kansas LLC, MoneyLion of Kentucky LLC,

MoneyLion of Louisiana LLC, MoneyLion of Maryland LLC, MoneyLion of Michigan

LLC, MoneyLion of Minnesota LLC, MoneyLion of Mississippi LLC, MoneyLion of

Missouri LLC, MoneyLion of Nevada LLC, MoneyLion of New Jersey LLC, MoneyLion of

New Mexico LLC, MoneyLion of New York LLC, MoneyLion of North Carolina LLC,

MoneyLion of North Dakota LLC, MoneyLion of Ohio LLC, MoneyLion of Oklahoma

LLC, MoneyLion of Oregon LLC, MoneyLion of South Carolina LLC, MoneyLion of

South Dakota LLC, MoneyLion of Tennessee LLC, MoneyLion of Texas LLC, MoneyLion

of Utah LLC, MoneyLion of Virginia LLC, MoneyLion of Washington LLC, MoneyLion of

Wisconsin LLC, and MoneyLion of Wyoming LLC— (collectively, "MoneyLion" or

"Defendants"; referred to jointly with the Bureau as "the Parties") have agreed to the

attached Proposed Stipulated Final Judgment and Order, attached as Exhibit A.

1.      The Bureau's Second Amended Complaint alleges that, in connection with its ML Plus and Credit Builder Plus Loans and the associated membership programs, MoneyLion violated the Miliary Lending Act, 10 U.S.C. § 987, and its implementing regulation, 32 C.F.R. pt. 232 and the Consumer Financial Protection Act of 2010, 12 U.S.C. §§ 5531, 5536 & 5564.

2.      For purposes of the Proposed Stipulated Final Judgment and Order, MoneyLion neither admits nor denies the allegations in the Second Amended Complaint, except that MoneyLion admits the facts necessary to establish the Court's jurisdiction over MoneyLion and the subject matter of this action.

3.      The Parties agreed to the terms stated in the Proposed Stipulated Final Judgment and Order to voluntarily resolve all claims arising from the conduct alleged in the Second Amended Complaint.

4.      This Court possesses jurisdiction over the Parties and the subject matter of this action.

5.      Entry of the Proposed Stipulated Final Judgment and Order is in the public interest. Accordingly, the Parties jointly request that this Court approve and enter the Proposed Stipulated Final Judgment and Order.

For the Plaintiff Consumer Financial Protection Bureau:


Dated:  November 20, 2025                      /s/ Miriam Lederer
                                                Miriam Lederer (NY Reg. No. 4557906)
                                                Admitted Pro Hac Vice
                                                David Dudley (NY Reg. No. 3056546)
                                                Admitted Pro Hac Vice
                                                *Enforcement Attorneys*
                                                Consumer Financial Protection Bureau
                                                1700 G Street, NW
                                                Washington, DC 2055
                                                202-435-5326 (Lederer)
                                                202-435-9284 (Dudley)
                                                Fax: 703-642-4585
                                                miriam.lederer@cfpb.gov
                                                david.dudley@cfpb.gov

                                                *Attorneys for the Consumer Financial
                                                Protection Bureau*

For the MoneyLion Defendants:

Dated:  November 20, 2025                      /s/ James Kim
                                                James Kim
                                                Shireen Younus (*pro hac vice* forthcoming)
                                                COOLEY LLP
                                                55 Hudson Yards
                                                New York, NY 10001-2157
                                                Phone:  (212) 479-6000
                                                Email:  jameskim@cooley.com
                                                        syounus@cooley.com

                                                Michelle L. Rogers
                                                1299 Pennsylvania Avenue NW, Suite 700
                                                Washington, DC 20004-2400
                                                Phone:  (202) 842 7800
                                                Email:  mrogers@cooley.com

                                                *Attorneys for Defendants*